

EXHIBIT 1

# Exhibit F

# KJAM MEDIA

August 16, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0811-1**

Re: Arius Libra

---

Flat Fee covering the period prior to and up through August 31, 2011 for the following:

Minimum total 400 man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for past work, work in progress and anticipated work for Arius, including certain third-party costs. Labor and costs including:

    Internal costs relating to set up and formation of Arius and related entities, and third-party costs associated therewith;  
    In house and third party legal (excluding Barnes) relating to contract work, but excluding third party litigation costs;  
    Review and drafting as necessary of various agreements relating to Arius and potential Arius recently proposed investments;  
    Organization and management of documents relating to Arius and Arius proposed investments;  
    Collection and review of diligence materials in connection with Matrix and various Arius proposed investments;  
    Financial Analysis and presentations – including internal and third party work:  
    Costs incurred internally and through outside consulting firms relating to Arius and recent Arius Proposed investments in general;  
    Use of shared services (staffing and overhead) including from MMS and IA;  
    Excludes Gerova activity.  
    Excludes Cascade activity.

**Total Due and Payable**      **$100,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

---

2425 Colorado Blvd / suite B205 / santa monica, california 90404      voice 310 828 6767

DB_00011258

# KJAM MEDIA

September 1, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0911-1**

Re:   Arius Libra and Gerova

---

Flat Fee covering the period September 1 through 30 for the following:

Minimum total 600 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

> Ongoing internal costs relating to set up and formation of Arius and related entities, organizational agreements, and third-party costs associated therewith;
> In house and third party legal relating to contract work for Arius and Gerova (excluding Barnes), but excluding third party litigation costs;
> $50,000 allocated to covering of third party costs of Bidz.com transaction incurred by KJAM and affiliates from inception up through September 30, including current costs;
> Review and drafting as necessary of various agreements relating to Arius and Arius proposed investments;
> Organization and management of documents relating to Arius and Arius proposed investments;
> Review of diligence materials in connection with Matrix and various proposed investments;
> Costs incurred internally and through outside consulting firms relating to Arius and Arius Proposed investments, excluding Allen Lee and Zeelinx;
> Use of shared services (staffing and overhead) from IA and affiliates;
> Engagement of IT personnel relating to setting up new infrastructure for Matrix;
> Collection of and organization of information relating to Gerova;
> This invoice excludes Cascade matters which are separately invoiced.

**Total Due and Payable**                                                              **$200,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

September 19, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0911-2**

    Re:    Arius Libra and Gerova

---

For specific payment regarding the below:

$50,000 paid towards Weingarten for litigation matters for the above referenced entities on September 16;  
$20,000 to be paid to Allen Lee for Matrix work;  
$25,000 to be paid to Gene Scher for Gerova, Allied and Life Settlements:  
$5,000 to be paid to Zeelinx

**Total Due and Payable**      **$100,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

DB_00011260

# KJAM MEDIA

September 23, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0911-3**

    Re:    Cascade matter

---

For specific payment regarding the below:

$200,000 to be paid towards acquisition of Honig and Brauser positions;  
$10,000 flat fee legal expense relating to acquisition of the positions;  
$35,0000 allocated to reimburse and fund a portion of the internal and third party legal fees incurred generally in connection with Cascade generally for the period June through September 30;  
$40,000 for work relating to Cascade for the period covering June through September 30 – includes internal costs, time and third party costs in addition to legal fees;

**Total Due and Payable**    **$285,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

October 1, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-1011-1**

Re: Medco - MD Tablet – Pineboard ONLY

---

Flat Fee covering the period October 1 through 31 for the following:

Minimum total man hours for the period 600;

Work specifically focused on preparation, review and other matters concerning the Medco project;

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

    Allen Lee - $20,000;  
    Third party legal expense specific to Medco project  
    Preparation and review of financial models;  
    Preparation and review of presentation;  
    Cataloging and organization of all materials received from Parmar and his affiliates;  
    Collection and organization of agreements relating to Medco project;  
    Review and renegotiation where applicable of all services and related agreements concerning Medco project, including east coast staff;  
    Planning for west coast staffing;  
    Replacement of existing services where possible;  
    Qualification of potential sources from or for Weston;  
    Negotiation, review, diligence and other interaction with Medco related acquisition assets;  
    Review of Medco portal – internal and third party costs;  
    Review of legal issues surrounding Medco assets and projects;

**Total Due and Payable**      **$200,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

October 1, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-1011-2**

Re:  Arius Libra, Gerova

---

Flat Fee covering the period October 1 through 31 for the following:

Minimum total man hours for the period 400;

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

    Excludes Medco work for the period which is billed separately;  
    $50,000 allocated towards ongoing Weingarten litigation bills relating to Gerova;  
    $12,000 allocated to Bespoke Law for work generally related to the above;  
    Ongoing organizational work and expense relating to entities affiliated with Arius – internal and third party costs;  
    All ongoing work (diligence, presentations, negotiations, etc.) related to all potential Arius related investments, including Cascade and Illuminer;  
    Payment of certain specifically identified Gerova expenses separately memorialized;  
    Review and diligence of Weston proposed investments;  
    Use of shared services (staffing and overhead) from IA and affiliates for the above referenced matters;

**Total Due and Payable**      **$175,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

November 1, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-1111-1**

Re: Cascade, Arius Libra, Gerova and related entities

---

Flat Fee covering the period November 1 through 30 for the following:

Minimum total 600 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

> Maintenance on various entities – internal and third party costs;
> $12,000 to be allocated to Bespoke Law for the work generally related to the above;
> $50,000 to be allocated to Barnes payment for various matters;
> Allen Lee - $20,000;
> Accounting oversight excluding Arius (handled by Weston);
> Ongoing contract work handled internally for the above referenced entities;
> Organization and management of documents relating to Arius and Arius proposed investments;
> Review of diligence materials in connection with the above referenced entities and any proposed investments;
> Use of shared services (staffing and overhead) from IA and affiliates;
> Financial Models and Presentations in regards to above referenced entities and projects;
> This invoice excludes work for Bidz matters, which are separately invoiced;
> Includes Gerova work;
> Excludes all third party contract and litigation work other than as provided for in this invoice.

**Total Due and Payable**  $250,000.00

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

December 1, 2011

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-1211-1**

Re: Cascade, Arius Libra, Gerova and related entities

---

Flat Fee covering the period December 1 through 31 for the following:

Minimum total 600 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

Maintenance or various entities – internal and third party costs;  
$12,000 to be allocated to Bespoke Law for the work generally related to the above;  
Allen Lee - $20,000;  
$50,000 allocated to covering a portion of the litigation expense relating to the above referenced entities;  
Accounting oversight excluding Arius (handled by Weston) internal and third party;  
Ongoing contract work for the above referenced entities, excluding Barnes and Grunfeld;  
Organization and management of documents relating to Arius and Arius proposed investments;  
Review of diligence materials in connection with the above referenced entities and any proposed investments;  
Use of shared services (staffing and overhead) from IA and affiliates;  
Financial Models and Presentations in regards to above referenced entities and projects;  
Collection of and organization of information relating to Gerova;  
Other than Barnes invoices, this invoice excludes work for Bidz matters, which are separately invoiced;

**Total Due and Payable**      **$200,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

January 1, 2012

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0112-1**

    Re:    Cascade, Arius Libra, Gerova and related entities

---

Flat Fee covering the period January 1 through 31 for the following:

Minimum total 600 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

    Maintenance or various entities – internal and third party costs;  
    $12,000 to be allocated to Bespoke Law for the work generally related to the above;  
    Allen Lee - $20,000;  
    Accounting oversight excluding Arius (handled by Weston);  
    Ongoing contract work for the above referenced entities, excluding Barnes and Grunfeld;  
    Organization and management of documents relating to Arius and Arius proposed investments;  
    Review of diligence materials in connection with the above referenced entities and any proposed investments;  
    Use of shared services (staffing and overhead) from IA and affiliates;  
    Financial Models and Presentations in regards to above referenced entities and projects;  
    Collection of and organization of information relating to Gerova;  
    This invoice excludes work for Bidz matters, which are separately invoiced;  
    Excludes all third party contract and litigation work.

**Total Due and Payable**                          **$175,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

March 1, 2012

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0312-2**

Re: Arius Libra, Gerova and related entities

---

Flat Fee covering the period March 1 through 31 for the following:

Minimum total 500 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

    Maintenance or various entities – internal and third party costs;  
    $12,000 to be allocated to Bespoke Law for the work generally related to the above;  
    $50,000 advances to Gerova;  
    $50,000 allocated towards payments for litigation work related to the above referenced entities;  
    $100,000 flat fee payable to Sovrin per contract;  
    Internal and third party accounting work related to Pineboard/MD Tablet  
    Accounting oversight excluding Arius (handled by Weston);  
    Organization and management of documents relating to Arius and Arius proposed investments;  
    Review of diligence materials in connection with the above referenced entities and any proposed investments;  
    Use of shared services (staffing and overhead) from IA and affiliates;  
    Financial Models and Presentations in regards to above referenced entities and projects;  
    This invoice excludes work for Bidz matters, which are separately invoiced;  
    Excludes all third party contract and litigation work.

**Total Due and Payable**      **$350,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# KJAM MEDIA

April 1, 2012

Mr. David Bergstein  
Graybox, LLC

INVOICE: **Arius-0412-1**

Re:  Arius Libra, Gerova and related entities

---

Flat Fee covering the period April 1 through 30 for the following:

Minimum total 400 dedicated man hours for the period.

For professional services rendered per agreement between K-Jam Media and Arius Libra for work in progress and anticipated work with for the above-referenced project and period:

    Maintenance or various entities – internal and third party costs;  
    $12,000 to be allocated to Bespoke Law for the work generally related to the above;  
    $125,000 flat fee payable to Sovrin per contract;  
    Internal and third party accounting work related to Pineboard/MD Tablet  
    Accounting oversight excluding Arius (handled by Weston);  
    Organization and management of documents relating to Arius and Arius proposed investments;  
    Review of diligence materials in connection with the above referenced entities and any proposed investments;  
    Use of shared services (staffing and overhead) from IA and affiliates;  
    Financial Models and Presentations in regards to above referenced entities and projects;  
    This invoice excludes work for Bidz matters, which are separately invoiced;  
    Excludes all third party contract and litigation work.

**Total Due and Payable**      **$225,000.00**

Please make check payable to:

KJam Media, Inc.  
2425 Colorado Blvd., Suite B 205  
Santa Monica, CA 90404

# Exhibit G



# DEFINITY

January 31, 2012

Mr. Kia Jam  
K-Jam Media

INVOICE: **KJM-0112-1**

    Re:    Financial Consulting

---

For professional services rendered per agreement between K-Jam Media and Definity Media with regard to the above-referenced project:

Financial Consulting Services provided as requested  
including tax preparation, tax planning, accounting,  
research and other services:

| | |
|---|---:|
| Fixed Weekly Retainer – Week Ended 1/06/12 | $3,000.00 |
| Week Ended 1/13/12 | 3,000.00 |
| Week Ended 1/20/12 | 3,000.00 |
| Week Ended 1/27/12 | 3,000.00 |

**Total Due and Payable**      **$ 12,000.00**

Please make check payable to:

Definity Media  
11768 Moorpark Street, Unit J  
Studio City, CA 91604

---

11768 moorpark street / unit j / studio city, california 91604      voice 310 384 4168

**DB_00011264**