
EXHIBIT 1

# Exhibit E

# *Integrated Administration*



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **31-Mar-11** |
| **INVOICE #** | **2011-CBO03** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $          4,750.00 |
| Research and review of Bidz public data | $          4,750.00 | |
| Drafting of initial agreements | | |
| Consulting agreement | | |
| Meetings/calls | | |
| misc exp. | | |
| outside legal | | |
| | | |
| Total Due from This Invoice | $ | 4,750.00 |
| Total Due from Previous Invoice | $ | - |
| Received to date | | |
| **TOTAL UNPAID** | $ | **4,750.00** |

*Make all checks payable to Integrated Administration*

DB_00011294

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

DATE: **30-Apr-11**
INVOICE # **2011-CB04**
FOR: **Billing in Regards to Bidz**

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 16,274.00 |
| Review of Bidz Data | $ 16,274.00 | |
| Drafting various agreements - Nyu-satsu, Owari Agreement, NDA, Warrant, | | |
| Lockup and related | | |
| Research in regulations regarding potential transaction | | |
| misc. expense | | |
| outside legal | | |
| | Total Due from This Invoice $ | 16,274.00 |
| | Total Due from Previous In $ | 4,750.00 |
| | Received to date | |
| | **TOTAL UNPAID** $ | **21,024.00** |

*Make all checks payable to Integrated Administration*

DB_00011295

# Integrated Administration

2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **31-May-11** |
| **INVOICE #** | **2011-CB05** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $            11,400.00 |
| Review of Bidz Data | $            11,400.00 | |
| Drafting various agreements - Nyu-satsu, Owari Agreement, NDA, Warrant, | | |
| Lockup and related | | |
| Research in regulations regarding potential transaction | | |
| misc. expense | | |
| outside legal | | |
| meetings/calls | | |
| introduction of potential board members | | |
| | Total Due from This Invoice | $            11,400.00 |
| | Total Due from Previous Invoice | $            21,024.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $            32,424.00 |

*Make all checks payable to Integrated Administration*

DB_00011296

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

**DATE:** 30-Jun-11
**INVOICE #** 2011-CB06
**FOR:** Billing in Regards to Bidz

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 12,540.00 |
| Review of Bidz Data | $ 12,540.00 | |
| Drafting various agreements - secured loan term sheet, offer letter to LAJ | | |
| Lockup and related | | |
| Research in regulations regarding potential transaction | | |
| misc. expense | | |
| outside legal | | |
| meetings/calls | | |
| model drafting | | |
| | Total Due from This Invoice | $ 12,540.00 |
| | Total Due from Previous Invoice | $ 32,424.00 |
| | Received to date | |
| | **TOTAL UNPAID** | **$ 44,964.00** |

*Make all checks payable to Integrated Administration*

DB_00011297

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | 31-Jul-11 |
| **INVOICE #** | 2011-CB07 |
| **FOR:** | Billing in Regards to Bidz |

**Bill To:**

Bidz matter
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 18,525.00 |
| Negotiation of Bidz com Revolving Credit and Security Agreement ancillary docs | $ 18,525.00 | |
| Meetings/calls | | |
| drafting of offering docs | | |
| misc. expense | | |
| outside legal - Barnes | | |
| | | |
| | Total Due from This Invoice | $ 18,525.00 |
| | Total Due from Previous Invoice | $ 44,964.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $ 63,489.00 |

*Make all checks payable to Integrated Administration*

DB_00011298

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **31-Aug-11** |
| **INVOICE #** | **2011-CB08** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| | | $ | 17,100.00 |
| Negotiation of Bidz com Revolving Credit and Security Agreement ancillary docs | $ 17,100.00 | | |
| Meetings/calls | | | |
| drafting of offering docs | | | |
| misc. expense | | | |
| outside legal - Barnes | | | |
| Nyu-Satsu-Bidz Agreement & Warrant | | | |
| | | | |
| | Total Due from This Invoice | $ | 17,100.00 |
| | Total Due from Previous Invoice | $ | 63,489.00 |
| | Received to date | | |
| | **TOTAL UNPAID** | **$** | **80,589.00** |

*Make all checks payable to Integrated Administration*

**DB_00011299**

# *Integrated Administration*



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **30-Sep-11** |
| **INVOICE #** | **2011-CB09** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| | | $ | 14,884.00 |
| Negotiation of Bidz com agreements | $        14,884.00 | | |
| Meetings/calls | | | |
| drafting of offering docs | | | |
| misc. expense | | | |
| outside legal - Barnes | | | |
| | | | |
| | Total Due from This Invoice | $ | 14,884.00 |
| | Total Due from Previous Invoice | $ | 80,589.00 |
| | Received to date | | |
| | **TOTAL UNPAID** | **$** | **95,473.00** |

*Make all checks payable to Integrated Administration*

DB_00011300

# Integrated Administration

*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

|  |  |
|---|---|
| **DATE:** | **31-Oct-11** |
| **INVOICE #** | **2011-CB10** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

Bidz matter
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 22,800.00 |
| Draft of LOI re: swap concept with Pineboard | $ 22,800.00 | |
| Meetings/calls including with Mentor Group | | |
| misc. expense | | |
| outside legal - Barnes | | |
| | Total Due from This Invoice | $ 22,800.00 |
| | Total Due from Previous Invoice | $ 95,473.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $ 118,273.00 |

*Make all checks payable to Integrated Administration*

DB_00011301

# *Integrated Administration*



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **30-Nov-11** |
| **INVOICE #** | **2011-CB11** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

Bidz matter
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|
| | | | $ | 27,554.00 |
| Negotiations of terms of Pineboard swap agreement | $ | 27,554.00 | | |
| Negotiations with Pineboard and Weston | | | | |
| Sec research on potential transaction | | | | |
| Draft Pineboard Agreements | | | | |
| travel and misc. exp | | | | |
| outside legal | | | | |
| | | Total Due from This Invoice | $ | 27,554.00 |
| | | Total Due from Previous Invoice | $ | 118,273.00 |
| | | Received to date | | |
| | | **TOTAL UNPAID** | **$** | **145,827.00** |

*Make all checks payable to Integrated Administration*

DB_00011302

# Integrated Administration



*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| | |
|---|---|
| **DATE:** | **31-Dec-11** |
| **INVOICE #** | **2011-CB12** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

Bidz matter
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $        38,849.00 |
| Preparation and presentation to board of Pineboard materials | $        38,849.00 | |
| Negation of deal terms with Pineboard | | |
| Analysis of bids public information and planning for swap | | |
| Meetings/Calls | | |
| Misc exp | | |
| outside legal | | |
| | | |
| | Total Due from This Invoice | $        38,849.00 |
| | Total Due from Previous Invoice | $       145,827.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $       184,676.00 |

*Make all checks payable to Integrated Administration*

DB_00011303

# *Integrated Administration*



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| **DATE:** | **31-Jan-12** |
| **INVOICE #** | **2012-CBO01** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| | | $ | 28,532.00 |
| Research and review of Bidz public data | $ 28,532.00 | | |
| Negotiation with Biz of swap terms | | | |
| Negotiation with Pineboard/Weston of Swap | | | |
| Meetings/calls | | | |
| misc. exp. | | | |
| outside legal | | | |
| | | | |
| Total Due from This Invoice | | $ | 28,532.00 |
| Total Due from Previous Invoice | | | $184,676.00 |
| Received to date | | | |
| **TOTAL UNPAID** | | $ | 213,208.00 |

*Make all checks payable to Integrated Administration*

**DB_00011471**

# *Integrated Administration*



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

**DATE:** 28-Feb-12
**INVOICE #** 2012-CBO02
**FOR:** Billing In Regards to Bidz

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 31,436.00 |
| Research and review of Bidz public data | $ 31,436.00 | |
| Negotiation with Biz of swap terms | | |
| Negotiation with Pineboard/Weston of Swap | | |
| Draft of Cyrano LOI | | |
| Meetings/calls | | |
| misc. exp. | | |
| outside legal | | |
| discussions with Filippone | | |
| | | |
| | Total Due from This Invoice | $ 31,436.00 |
| | Total Due from Previous Invoice | $ 213,208.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $ 244,644.00 |

*Make all checks payable to Integrated Administration*

**DB_00011472**

# *Integrated Administration*



*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| | |
|---|---|
| **DATE:** | **31-Mar-12** |
| **INVOICE #** | **2012-CBO03** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|
| | | | $ | 51,300.00 |
| Deep Dive into diligence - mutual | $ | 51,300.00 | | |
| Populating of data room | | | | |
| revised model drafting | | | | |
| Drafting and Execution of LOI with Bidz | | | | |
| Drafting of LOI with Pineboard | | | | |
| misc. exp. | | | | |
| outside legal | | | | |
| | | Total Due from This Invoice | $ | 51,300.00 |
| | | Total Due from Previous Invoice | $ | 244,644.00 |
| | | Received to date | | |
| | | **TOTAL UNPAID** | $ | **295,944.00** |

*Make all checks payable to Integrated Administration*

DB_00011473

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DATE: | 30-Apr-12 |
|---|---|
| INVOICE # | 2012-CB04 |
| FOR: | Billing in Regards to Bidz |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| | | $ | 128,250.00 |
| Drafting and revisions of merger agreement | $          128,250.00 | | |
| Development of Schedules | | | |
| Draft of new Offering docs | | | |
| Negations and drafting of agreements with Weston for Engagement | | | |
| Formation of Glendon, acquisition sub and related docs | | | |
| Weston Equity Commitment Letter and ancillary docs | | | |
| Bidz Commitment Letter | | | |
| Review of Public Data, SEC requirements | | | |
| Outside Legal | | | |
| Misc Exp. | | | |
| | Total Due from This Invoice | $ | 128,250.00 |
| | Total Due from Previous In | $ | 295,944.00 |
| | Received to date | | |
| | **TOTAL UNPAID** | $ | 424,194.00 |

*Make all checks payable to Integrated Administration*

DB_00011474

# *Integrated Administration*

*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| | |
|---|---|
| **DATE:** | **31-May-12** |
| **INVOICE #** | **2012-CB05** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| DESCRIPTION | AMOUNT |
|---|---|
| | $ 142,500.00 |
| Drafting and revisions of merger agreement, contribution agreement, voting agreement $ 142,500.00 | |
| LAJ and Aframian Agreements, | |
| Schedules | |
| Completion of Offering docs | |
| Negations and drafting of agreements with Weston for Engagement | |
| Various Glendon Corporation docs | |
| Weston Agreements | |
| Monitor Public data and shareholder activity | |
| SEC Requirements | |
| Outside Legal | |
| Data room creation and population | |
| Total Due from This Invoice | $ 142,500.00 |
| Total Due from Previous Invoice | $ 424,194.00 |
| Received to date | |
| **TOTAL UNPAID** | $ 566,694.00 |

*Make all checks payable to Integrated Administration*

DB_00011475

# Integrated Administration

2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

DATE:     30-Jun-12
INVOICE #     2012-CB06
FOR:     Billing in Regards to Bidz

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 87,332.00 |
| Negotiation and drafting of various agreements | $ 87,332.00 | |
| Zinberg employment agreement, share delivery | | |
| Schedules | | |
| Proxy statement | | |
| model and offering doc revisions | | |
| Costs relating to capital raise | | |
| outside legal | | |
| meetings/calls | | |
| misc. expense | | |
| | | |
| Received $35,000 from Graybox on 6/7/12 | | |
| Received $45,000 from Graybox on 6/21/12 | | |
| Total Due from This Invoice | $ | 87,332.00 |
| Total Due from Previous Invoice | $ | 566,694.00 |
| Received to date | $ | 80,000.00 |
| **TOTAL UNPAID** | $ | **574,026.00** |

*Make all checks payable to Integrated Administration*

DB_00011476

# *Integrated Administration*

2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

**DATE:** 31-Jul-12
**INVOICE #** 2012-CB07
**FOR:** Billing in Regards to Bidz

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|
| | | | $ | 73,912.00 |
| Offering Docs amendments | $ | 73,912.00 | | |
| Offerings Costs | | | | |
| Litigation matters related to proposed merger | | | | |
| review of lease proposal | | | | |
| Weston Indemnity | | | | |
| Support materials for SEC work | | | | |
| Glendon Corp docs | | | | |
| Investor matters | | | | |
| outside legal | | | | |
| misc. exp. | | | | |
| | | | | |
| | Total Due from This Invoice | | $ | 73,912.00 |
| | Total Due from Previous Invoice | | $ | 574,026.00 |
| | Received to date | | | |
| | **TOTAL UNPAID** | | $ | 647,938.00 |

*Make all checks payable to Integrated Administration*

DB_00011477

# Integrated Administration

2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| DATE: | 31-Aug-12 |
| INVOICE # | 2012-CB08 |
| FOR: | Billing in Regards to Bidz |

Bill To:

Bidz matter
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| | | $ | 63,100.00 |
| Proxy and other support | $ 63,100.00 | | |
| Various Glendon Agreements | | | |
| Data Room updates and maintenance | | | |
| Investor interactions | | | |
| paying agent agreement | | | |
| Cyrano Agreements | | | |
| Costs relating to offering | | | |
| outside legal | | | |
| misc. exp. | | | |
| | | | |
| Received $55,000 from Graybox 8/8/12 | | | |
| Received $80,000 from Graybox 8/23/12 | | | |
| | Total Due from This Invoice | $ | 63,100.00 |
| | Total Due from Previous Invoice | $ | 647,938.00 |
| | Received to date | $ | 135,000.00 |
| | **TOTAL UNPAID** | $ | **576,038.00** |

*Make all checks payable to Integrated Administration*

DB_00011478

# Integrated Administration



2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| | |
|---|---|
| DATE: | 30-Sep-12 |
| INVOICE # | 2012-CB09 |
| FOR: | Billing in Regards to Bidz |

**Bill To:**

**Bidz matter**
2425 Colorado Blvd. Suite B205
Santa Monica, CA 90404

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $          93,715.00 |
| Preparation of Glendon Presentations | $          93,715.00 | |
| Updated Model and Preformat Financials | | |
| Data room updated | | |
| Investor negotiations and drafts | | |
| Negotiations with Filippone | | |
| SEC support | | |
| Shareholder analysis and planning including voting reports | | |
| Preclosing work relating to offering | | |
| Funding letter | | |
| Weston Matters | | |
| Costs paid for fundraising | | |
| Outside legal | | |
| Misc. Exp | | |
| | Total Due from This Invoice | $          93,715.00 |
| | Total Due from Previous Invoice | $        576,038.00 |
| | Received to date | |
| | **TOTAL UNPAID** | $        669,753.00 |

*Make all checks payable to Integrated Administration*

DB_00011479

# *Integrated Administration*



*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| | |
|---|---|
| **DATE:** | **31-Oct-12** |
| **INVOICE #** | **2012-CB10** |
| **FOR:** | **Billing in Regards to Bidz** |

**Bill To:**

**Bidz matter**
2400 Marine Ave
Redondo Beach, CA

| DESCRIPTION | | AMOUNT |
|---|---|---|
| | | $ 87,684.00 |
| Glendon Warrants and various ancillary docs | $ 87,684.00 | |
| Updated Model and Preformat Financials | | |
| Data room updated | | |
| Investor negotiations and drafts | | |
| Negotiations with Filippone | | |
| SEC support | | |
| Shareholder litigation matters | | |
| Preclosing work relating to offering | | |
| Funding letter | | |
| Weston Matters | | |
| Costs paid for fundraising | | |
| Outside legal | | |
| | Total Due from This Invoice | $ 87,684.00 |
| | Total Due from Previous Invoice | $ 669,753.00 |
| | Received to date | |
| | **TOTAL UNPAID** | **$ 757,437.00** |

*Make all checks payable to Integrated Administration*

DB_00011480

# *Integrated Administration*



*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

**DATE:** 30-Nov-12
**INVOICE #** 2012-CB11
**FOR:** Billing in Regards to Bidz

**Bill To:**

Bidz matter
*2425 Colorado Blvd. Suite B205*
*Santa Monica, CA 90404*

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| | | | $              95,016.00 |
| Various Glendon Agreements, LAJ Agreements | $ | 95,016.00 | |
| Litigation matters | | | |
| Data room updated | | | |
| Investor negotiations and drafts | | | |
| Negotiations with Filippone | | | |
| SEC support | | | |
| Preclosing work relating to offering | | | |
| Weston Matters | | | |
| Costs paid for fundraising | | | |
| Outside legal | | | |
| Misc. Exp | | | |
| | | | |
| Received From Glendon $525,000 on 11/21/12 | | | |
| Received From Glendon $15,000 on 11/26/12 | | | |
| Received From Glendon $18,000 on 11/28/12 | | | |
| Total Due from This Invoice | | $ | 95,016.00 |
| Total Due from Previous Invoice | | $ | 757,437.00 |
| Received to date | | $ | 558,000.00 |
| **TOTAL UNPAID** | | $ | 294,453.00 |

*Make all checks payable to Integrated Administration*

DB_00011481